F I L E D

SEP  4 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  |  Name of District Court, and/or Judge/Magistrate Location
☐ SUPERSEDING

**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

───── OFFENSE CHARGED ─────

18 U.S.C. § 922(g)(1) – Possession of a Firearm by a Felon

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:  See Attachment

─── DEFENDANT - U.S ───

▶ Lamar Webster

DISTRICT COURT NUMBER

## CR 25 0274 YGR

───── PROCEEDING ─────

Name of Complaintant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☒ person is awaiting trial in another Federal or State Court,
give name of court

Alameda County

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW
DOCKET NO.

☐ this prosecution relates to a
pending case involving this same
defendant

MAGISTRATE
CASE NO.

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding this
defendant were recorded under

Name and Office of Person
Furnishing Information on this form    Craig H. Missakian

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    Jonah P. Ross

───── DEFENDANT ─────

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior
summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction  } ☐ Federal ☒ State

6) ☒ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
Santa Rita Jail (Dublin, CA)

Has detainer  ☐ Yes  } If "Yes"
been filed?   ☐ No   } give date filed

DATE OF ARREST ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶  Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

───── ADDITIONAL INFORMATION OR COMMENTS ─────

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: no bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment

Date/Time:          Before Judge:

Comments:

**Lamar Webster**

## Penalty Sheet

18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm
- Maximum 15 years imprisonment
- Maximum 3 years supervised release
- Maximum $250,000 fine
- $100 special assessment
- Forfeiture

18 U.S.C. § 922(o) – Possession of a Machinegun
- Maximum 10 years imprisonment
- Maximum 3 years supervised release
- Maximum $250,000 fine
- $100 special assessment
- Forfeiture

# United States District Court

### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

#### VENUE: OAKLAND

FILED

SEP 4 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CR 25 0274

YGR

UNITED STATES OF AMERICA,

V.

Lamar Webster



DEFENDANT(S).

## INDICTMENT

18 U.S.C. § 922(g)(1) – felon in possession of firearm;
18 U.S.C. § 922(o) – possession of machinegun;
18 U.S.C. § 924(d) and 28 U.S.C. § 2641(c) – forfeiture allegation

A true bill.

/s/ Foreperson of the Grand Jury

Foreman

Filed in open court this 4th _____ day of

September, 2025

Clerk

Bail, $ Warrant

Hon. Thomas S. Hixson, United States Magistr.

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

FILED

SEP 4 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

LAMAR WEBSTER,

Defendant.

CASE NO. CR 25 0274 YGR

VIOLATIONS:
18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm;
18 U.S.C. § 922(o) – Possession of a Machinegun;
18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) – Forfeiture Allegation

**OAKLAND VENUE**

INDICTMENT

The Grand Jury charges:

COUNT ONE:        (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm)

On or about April 3, 2025, in the Northern District of California, the defendant,

LAMAR WEBSTER,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, namely, one Glock Model 23 pistol bearing serial number ECR741US, and the firearm was in and affecting interstate and/or foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

///

///

INDICTMENT                                1

COUNT TWO:       (18 U.S.C. § 922(o) – Possession of a Machinegun)

On or about April 3, 2025, in the Northern District of California, the defendant,

LAMAR WEBSTER,

did knowingly possess a machinegun, that is, one Glock Model 23 pistol bearing serial number ECR741US, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

FORFEITURE ALLEGATION:       (18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

The allegations contained in the sole count of this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense set forth in this Indictment, the defendant,

LAMAR WEBSTER,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in the commission of the offense, including, but not limited to, the following property:

   a. Glock Model 23 pistol bearing serial number ECR741, seized from the BMW model 740 sedan with license plate 9SIV077 in Oakland, CA, on or about April 3, 2025;

   b. Thirty-four rounds of .40 caliber ammunition, seized from the BMW model 740 sedan with license plate 9SIV077 in Oakland, CA, on or about April 3, 2025;

   c. FEG model PA63 pistol bearing serial number V07400, seized from the BMW model 740 sedan with license plate 9SIV077 in Oakland, CA, on or about April 3, 2025; and

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

INDICTMENT                    2

d.  Four rounds of 9mm ammunition, seized from the BMW model 740 sedan with license plate 9SIV077 in Oakland, CA, on or about April 3, 2025;

DATED: September 4, 2025                           A TRUE BILL.

FOREPERSON

CRAIG H. MISSAKIAN
United States Attorney

/s/
JONAH P. ROSS
Assistant United States Attorney

INDICTMENT                              3