ALANNA D. COOPERSMITH, SBN 248447
Attorney at Law,
420 Third Street, Suite 250
Oakland, California 94607
T-(510) 628-0596
F-(866) 365-9759
alanna@eastbaydefense.com

Attorney for Defendant,
Lamar Webster

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LAMAR WEBSTER,<br><br>Defendant. | NO. 25-CR-0274 YGR<br><br>PROFFER IN ADVANCE OF DETENTION HEARING<br><br>Date: October 9, 2025<br>Time: 10:30 a.m.<br>Judge: Hon. Donna M. Ryu |

Lamar Webster, through his counsel, will address the court orally at the detention hearing tomorrow in support of pretrial release. In addition, he submits the attached declaration to address an issue raised in the government's detention memo.

The witness in his case in state court called Mr. Webster's mother to extort her, saying that if she's paid $5,000.00, she won't go to court. Mr. Webster's mother called her son's lawyer to report this at the time. A declaration from that lawyer, Austin Thompson, is attached.

Dated: October 8, 2025

Respectfully submitted,

______________________________
Alanna D. Coopersmith
Attorney for Defendant,
Jose Ponce

ALANNA D. COOPERSMITH, SBN 248447
Attorney at Law,
420 Third Street, Suite 250
Oakland, California 94607
T-(510) 628-0596
F-(866) 365-9759
alanna@eastbaydefense.com

Attorney for Defendant,
Lamar Webster

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LAMAR WEBSTER,<br><br>Defendant. | NO. 25-CR-0274 YGR<br><br>DECLARATION OF AUSTIN THOMPSON<br><br>Date: October 9, 2025<br>Time: 10:30 a.m.<br>Judge: Hon. Donna M. Ryu |

I, Austin Thompson, declare as follows:

1. I'm an attorney licensed to practice law in all courts of the State of California.

2. I represented Lamar Webster as his court-appointed attorney in Alameda County Superior Court in case numbers 25-CR-004263 and 25-CR-004264B.

3. In April 2025, shortly after the cases against her son were filed, Lamar Webster's mother, Pamela Clayborn, informed me of concerning telephone calls she had received.

4. She told me that the alleged victim in case number 25-CR-004263 had called her soliciting a financial payment, in exchange for the alleged victim not going to court to testify.

5. My client also advised me about this communication.

6. My investigator and I tried to contact the woman who had been calling Ms. Clayborn. I suspected that the caller was the alleged victim in the case attempting to extort my client and his family. Although my client did not know the alleged victim, she knew him and

was able to give law enforcement his contact information, including his social media information on the night of the alleged incident (February 7th, 2025)

7. Additionally, the alleged victim had a plethora of prior convictions, including check fraud, access-card fraud, and forgery.

Executed under penalty of perjury on this 8th day of October 2025, in Dublin, California.

Austin Thompson